UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J. SHIPLEY, <br><br> Plaintiff(s), <br><br> v. <br><br> JP MORGAN CHASE BANK, et al., <br><br> Defendant(s). | No. C 10-3750 BZ <br><br> **ORDER REFERRING CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: August 31, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SHIPLEY V. JP MORGAN CHASE\ORDER REFERRING CASE TO ADR.wpd

1