```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11                                  )
     PAULA J. SHIPLEY,              )
12                                  )    No. C 10-3750 BZ
                                    )
13           Plaintiff(s),          )
                                    )    BRIEFING ORDER
14      v.                          )
                                    )
15   JP MORGAN CHASE BANK, et       )
     al.,                           )
16                                  )
                                    )
17           Defendant(s).          )
                                    )
18   _____)
```

19      Having received Defendants' motion to dismiss (Doc. No.
20  5), **IT IS ORDERED THAT:**
21      1. Any opposition **SHALL** be filed by **October 15, 2010**.
22  Any reply **SHALL** be filed by **October 25, 2010**.
23      2. The motion is scheduled to be heard on **November 17,**
24  **2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal
25  Building, 450 Golden Gate Avenue, San Francisco, California
26  94102.
27      3. By no later than **October 15, 2010**, Plaintiff shall
28  consent to or decline magistrate judge jurisdiction.  The form

1

to consent to or decline magistrate judge jurisdiction may be found on the court's website at:

http://www.cand.uscourts.gov

Dated: September 13, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SHIPLEY V. JP MORGAN CHASE\BRIEFING ORDER.wpd