Anne-Marie Dinius (SBN 201766)
amdinius@amdiniuslaw.com
AMDinius Law
P.O. Box 610087
Redwood City, CA 94061
Telephone: (650) 814-0810
Facsimile: (650) 362-1923

Attorney for Plaintiff, PAULA J. SHIPLEY

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA J. SHIPLEY,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE; CALIFORNIA RECONVEYANCE COMPANY; and DOE CONSPIRATOR DEFENDANTS 1-10 and OTHER DOES 11-20, inclusive<br><br>Defendants. | Case No. 10-CV-3750 (BZ)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATES FOR MOTION TO DISMISS<br><br>Complaint Filed: Aug. 9. 2010<br>Removed: Aug.23, 2010<br><br>JUDGE: Hon. Bernard Zimmerman<br><br>Trial Date: Not Yet Set |

WHEREAS, Plaintiff and Defendants wish to engage in Court-Supervised Mediation in the above-captioned matter;

WHEREAS, Defendants filed a motion to dismiss, which is presently scheduled to be heard on November 17, 2010;

WHEREAS, the Parties have agreed to allow Plaintiff to file an amended complaint;

WHEREAS, the Parties agree that the trustee's sale of Plaintiff's home, scheduled to occur on November 22, 2010, will be postponed for 30 days to no earlier than December 22, 2010;

STIPULATION AND PROPOSED ORDER TO AMEND COMPLAINT AND FOR MEDIATION -- Case No. 10-CV-3750 (BZ)

**IT IS HEREBY STIPULATED, as follows:**

    1. Defendants' motion to dismiss will taken off calendar;

    2. The Trustee's sale set for November 22, 2010 has been postponed to December 22, 2010; and

    3. The Parties will attempt to engage in Court-Supervised Mediation between now and December 22, 2010.

DATED: November 11, 2010

Respectfully Submitted,

AMDinius Law

By: /s/ Anne-Marie Dinius
Anne-Marie Dinius
Attorney for Plaintiff Paula J. Shipley

**Signed Electronically for eFiling**

DATED: November 11, 2010

Respectfully Submitted,

Adorno, Yoss, Alverado & Smith

By: [signature]
Frances Q. Jett
Attorney for Defendants JPMorgan Chase Bank and California Reconveyance Company

/////
/////
/////
/////
/////
/////
/////
/////

STIPULATION AND PROPOSED ORDER TO AMEND COMPLAINT AND FOR MEDIATION -- Case No. 10-CV-3750 (BZ)

**IN LIGHT OF THE FOREGOING STIPULAITON, THE COURT HEREBY ORDERS:**

1. The Hearing for the Motion to Dismiss will be taken off-calendar.

2. Defendants will not proceed with nonjudicial foreclosure proceedings until at least December 22, 2010;

3. Plaintiff will file an amended complaint by no later than November 17, 2010; and

4. The Parties will engaged in Court Supervised Mediation between now and December 22, 2100.

**IT IS SO ORDERED**

Dated: __November 12, 2010__

_____
Honorable Bernard Zimmerman
Magistrate Judge United District Court
Northern District of California