UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J. SHIPLEY, | ) |
| | ) No. C 10-3750 BZ |
| Plaintiff(s), | ) |
| | ) **BRIEFING ORDER** |
| v. | ) |
| JP MORGAN CHASE BANK, et al., | ) |
| | ) |
| Defendant(s). | ) |

Having received defendants' motion to dismiss (Doc. No. 22), **IT IS ORDERED THAT:**

1. Any opposition **SHALL** be filed by **January 4, 2011**. Any reply **SHALL** be filed by **January 12, 2011**.

2. The motion is scheduled to be heard on **February 2, 2011 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal

///

///

///

1

1  Building, 450 Golden Gate Avenue, San Francisco, California
2  94102.
3
4  Dated: December 6, 2010

         _____
         Bernard Zimmerman
         United States Magistrate Judge

G:\BZALL\-BZCASES\SHIPLEY V. JP MORGAN CHASE\BRIEFING ORDER2.wpd