1  Anne-Marie Dinius (SBN 201766)
   *amdinius@amdiniuslaw.com*
2  AMDinius Law
   P.O. Box 610087
3  Redwood City, CA  94061
4  Telephone:     (650) 814-0810
   Facsimile:     (650) 362-1923
5
6  Attorney for Plaintiff, PAULA J. SHIPLEY

7  UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA
8  SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA J. SHIPLEY, | Case No. 10-CV-3750 (BZ) |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL |
| v. | |
| JPMORGAN CHASE; CALIFORNIA RECONVEYANCE COMPANY; and DOE CONSPIRATOR DEFENDANTS 1-10 and OTHER DOES 11-20, inclusive | Complaint Filed:  Aug. 9. 2010<br>Removed:  Aug.23, 2010 |
| Defendants. | JUDGE:  Hon. Bernard Zimmerman |
| | Trial Date:  Not Yet Set |

The Motions of Plaintiff's Counsel to Withdraw has been considered by the Court and the Court has determined that good cause exists to grant said motion.

**IT IS HEREBY ORDERED** that Plaintiff's Counsel Anne-Marie Dinius and Susan Doyle are granted leave to withdraw from this case as counsel of record. , <u>effective on the date an appropriate substitution is filed</u>.

Dated: <u>December 16</u>, 2010        _____
                                     Honorable Bernard Zimmerman
                                     United States District Court Judge

NOTICE OF MOTION AND MOTION TO WITHDRAWAL AS COUNSEL        Case No. 10-CV-3750 (BZ)