UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAULA J. SHIPLEY,<br><br>          Plaintiff(s),<br><br>     v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>          Defendant(s). | No. C 10-3750 BZ<br><br>**BRIEFING ORDER** |

Having received the parties' stipulation (Docket No. 32), **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss is scheduled to be heard on **February 16, 2011** at **10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Any opposition to defendants' motion to dismiss **SHALL** be filed by **January 26, 2011**. Any reply **SHALL** be filed by

///

///

1

1 | **February 2, 2011.**

3 | Dated: December 30, 2010

*Bernard Zimmerman*
_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SHIPLEY V. JP MORGAN CHASE\BRIEFING ORDER3.wpd

2