# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAULA J. SHIPLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, entity of form unknown,<br>CALIFORNIA RECONVEYANCE COMPANY, entity of form unknown, and<br>DOE CONSPIRATOR DEFENDANTS 1thru10 and OTHER DOES 11 thru 20, inclusive<br><br>　　　　Defendants. | **CASE NO.:** CV10-3750 (BZ)<br><br>**Hon. Bernard Zimmerman**<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>*{Lodged Concurrently with Request}*<br><br>**DATE:**　　February 14, 2011<br>**TIME:**　　4:00 P.M.<br>**Courtrm:**　G, 15th Floor<br>450 Golden Gate Avenue, San Francisco, California<br><br>**Action Filed:** August 9, 2010<br>County of Contra Costa<br>Case No. C 10-02352<br>**Removed:**　　August 23, 2010 |

**IT IS HEREBY ORDERED** that:

Theodore E. Bacon, counsel for defendants JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver; and California Reconveyance Company (collectively, "Defendants"), is permitted to appear telephonically on February 14, 2011, 4:00 P.M., before the Hon. Bernard Zimmerman, in Courtroom

1

G, 15th Floor of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, at the Initial Case Management Conference.

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

DATED: February 7, 2011             By: _____
                                        Hon. Bernard Zimmerman,
                                        U.S. District Court Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **633 W. Fifth Street, Suite 1100, Los Angeles, CA 90071**.

On February 7, 2011, I served the foregoing document described as **[PROPOSED[ ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Los Angeles, California 90071.  The envelope was mailed with postage thereon fully prepaid.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071.  The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 7, 2011, at Los Angeles, California.

                                                  /s/ Kira R. McCoy
                                                  Kira R. McCoy

**SERVICE LIST**

| | |
|---|---|
| Anne-Marie Dinius, Esq.<br>AMDINIUS LAW<br>P.O. Box 610087<br>Redwood City, CA  94061 | Accepting service on behalf of *pro* se Plaintiff until Plaintiff is registered<br>(650) 814-0810<br>(650) 362-1923 FAX<br>amdinius@amdiniuslaw.com<br><br>*Efiled notice of appearance 09/17/10*<br>*ECF participant* |