ALVARADOSMITH
A PROFESSIONAL CORPORATION
LOS ANGELES

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

10

11 | PAULA J. SHIPLEY

12 | Plaintiff,

13 | v.

14 | JPMORGAN CHASE BANK, entity of form
unknown,

15 | CALIFORNIA RECONVEYANCE
COMPANY, entity of form unknown, and

16 | DOE CONSPIRATOR DEFENDANTS 1 thru 10
and OTHER DOES 11 thru 20, inclusive

17

Defendants.

18

19

**CASE NO.: CV10-3750 (BZ)**

**Hon. Bernard Zimmerman**

[~~PROPOSED~~] ORDER REGARDING
HEARING DATES FOR MOTION TO
DISMISS

**Action Filed:** August 9, 2010
County of Contra Costa
Case No. C 10-02352
**Removed:**      August 23, 2010

20

**IN LIGHT OF THE PARTIES' STIPULATION, THE COURT HEREBY ORDERS:**

21

1.      The hearing for Defendants JPMorgan Chase Bank and California Reconveyance's

22

                                                                    May 25,
Motion to Dismiss will be rescheduled to ~~April 6,~~ 2011, or as soon thereafter as is possible, at 10:00

23

A.M. in Courtroom G.

24

2.      Plaintiff's opposition to be filed and served ___May 4, 2011___ .

25 | ///

26 | ///

27 | ///

28 | ///

1

3.   Defendants' reply to be filed and served ___May 11, 2011_____.

**IT IS ORDERED**.

DATED: ___March 25, 2011_____   By: _____

Hon. Bernard Zimmerman
Magistrate Judge of the U.S. District Court,
Northern District, San Francisco

(PROPOSED ORDER) STIP RE HEARING DATES FOR MTD                      CV10-3750 BZ
2072474.1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


PAULA J. SHIPLEY,

          Plaintiff,

  v.

JPMORGAN CHASE BANK et al,

          Defendant.
_____/

Case Number: CV10-03750 BZ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2011, I SERVED a true and correct copy(ies) of the attached ORDER REGARDING HEARING DATES FOR MOTION TO DISMISS, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Paula J. Shipley
4210 Leon Drive
Clayton, CA 94517


Dated: March 28, 2011

                         Richard W. Wieking, Clerk

                         By: Ada Yiu, Deputy Clerk