1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 PAULA J. SHIPLEY,              )
                                  )
12            Plaintiff(s),       )      No. C10-3750 BZ
                                  )
13     v.                         )      **CONDITIONAL ORDER**
                                  )      **OF DISMISSAL**
14 JP MORGAN CHASE BANK, et       )
   al.,                           )
15                                )
              Defendant(s).       )
16 _____ )

17        The parties to this matter having advised the Court that

18 they have agreed to a settlement, **IT IS HEREBY ORDERED** that

19 this action is **DISMISSED WITH PREJUDICE** and all scheduled

20 matters are **VACATED**; provided, however, that any party may,

21 within **60 days** of the date of this Order, move the Court to

22 restore this matter to the calendar on the grounds that the

23 settlement has not been consummated.

24 Dated: May 10, 2011

25

26                          _____
                                   Bernard Zimmerman
27                          United States Magistrate Judge

28 G:\BZALL\-BZCASES\SHIPLEY V. JP MORGAN CHASE\COND.DISMISSAL ORD.wpd

1